FILED & JUDGMENT ENTERED
Steven T. Salata

January 4 2021

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

J. Craig Whitley
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Charlotte Division)

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **Anthony Bruer** | ) | Case No. 20-30694 |
| | ) | |
| Debtor. | ) | |

### ORDER SUSTAINING OBJECTION TO CLAIM 2 OF WELLS FARGO BANK, N.A.

This matter is before the Court on the objection by the Trustee to Claim 2-1 (the "Claim") filed by Wells Fargo Bank, N.A. (the "Bank"). Having considered the objection, there being no response, and for good cause shown, the Court finds, concludes, and orders:

1. Notice of the Trustee's objection was proper. No party responded.

2. The Claim seeks payment for a debt on an open-end or revolving consumer credit agreement.

3. By letter on October 21, 2020, the Trustee requested that the Bank provide the documentation that forms the basis of the Claim pursuant to Bankruptcy Rule 3001(c)(3)(B). The Bank did not respond to the Trustee's request.

4. Because the Claim does not include adequate documentation to corroborate the basis of the Claim and because the Bank failed to come forward with such documentation as required by Bankruptcy Rule 3001(c)(3)(B), the objection is **SUSTAINED** and the Claim is hereby **DISALLOWED**.

**SO ORDERED**

| | |
|---|---|
| *This Order has been signed electronically. The Judge's signature and Court's seal appear at the top of this Order.* | *United States Bankruptcy Court* |